PHILIP H. SMITH, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

A. LAURENCE GLASTON, as Administrator, etc., of ISAAC TARNOFSKY, Deceased, Respondent, v. FUMIGATORS CHEMICAL COMPANY, Appellant.— Order modifie l by granting a preference only over other issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KANTOR SILK MILLS, INC., Respondent, v. SUN INSURANCE OFFICE OF LONDON, Appellant.— Order modified by denying the motion as to items 1 to 7 inclusive, as not proper subjects for a bill of particulars (See *Herzig* v.*Washington Fire Ins. Co.*, 143 App. Div. 386), and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within twenty days from service of order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Respondents, Impleaded with BRUNSWICK REALTY COMPANY and Others, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CHARLES R. ELLICOTT, Respondent, v. ARCHIBALD McNEIL & SONS CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HENRY W. WEBB and Another, Respondents, v. DAVID GRIMES and Another, Appellants, Impleaded with Another.— Order modified by striking out paragraph " VI " thereof, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BERTHA ROTH, as Administratrix, etc., of BERNARD ROTH, Deceased, Respondent, v. REID ICE CREAM COMPANY, Appellant.— Order modified by granting a preference only over other issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EVA GOODMAN, Appellant, v. JOSEPH N. SABLOW, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

RALPH B. WATTLEY and Others, Stockholders in NATIONAL DRUG STORES CORPORATION, on Behalf of Themselves and All Other Stockholders Similarly Situated and on Behalf of the Said NATIONAL DRUG STORES CORPORATION, Respondents, v. NATIONAL DRUG STORES CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.